## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GRASSI,<br><br>            Plaintiff,<br><br>      v.<br><br>INTERNATION COMFORT PRODUCTS, LLC.,<br><br>            Defendant. | Case No.: 1:15-cv-00253 --- JLT<br><br>ORDER DENYING WITHOUT PREJUDICE THE APPLICATIONS OF LISA WHITE AND GREGORY COLEMAN TO APPEAR PRO HAC VICE FOR PLAINTIFF<br><br>(Docs. 16, 17) |

On May 8, 2015, attorneys Gregory Coleman and Lisa White submitted applications to appear pro hac vice for Plaintiff. (Docs. 16, 17) Both demonstrate good standing in the courts of Tennessee (Doc. 16 at 4; Doc. 17 at 4) and both have paid the fee for admission. However, both designate Jonathan Shub as counsel with whom the Court and opposing counsel may readily communicate. Id. Though this complies, technically, with Local Rule 180(b)(2)(iii), it does not truly comply with the intent of the provision. In any event, the Court has determined recently that Mr. Shub is not a member of this Court. (Doc. 18) As a result, the petitions do not comply with Local Rule 180(b)(2)(ii) ["The attorney shall also designate in the application a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate . . ."]

///

///

///

1

Thus, the petitions to appear pro hac vice are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **May 12, 2015**                                  **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE