# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GRASSI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATION COMFORT PRODUCTS, LLC.,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00253 --- JLT<br><br>ORDER TO SHANON CARSON, RUSSELL PAUL AND GLEN ABRAMSON TO SHOW CAUSE WHY THEIR PRO HAC VICE ADMISSIONS SHOULD NOT BE REVOKED |

On April 28, 2015, the Court granted the pro hac vice petitions of attorneys Shanon Carson, Russell Paul and Glen Abramson submitted applications to appear pro hac vice for Plaintiff. (Doc. 14) The Court granted the petitions despite that each had designated Jonathan Shub—a non-California lawyer—as counsel with whom the Court and opposing counsel may readily communicate. (Doc.10 at 2; Doc. 11 at 2; Doc. 12 at 2) Though counsel each represented that Mr. Shub is a member of this Court, he is not. (Doc. 18)  Thus, none of the petitions should have been granted given they failed to comply with Local Rule 180(b)(2)(ii).

Within 14 days, attorneys Shanon Carson, Russell Paul and Glen Abramson **SHALL** show cause in writing why their pro hac vice status should not be revoked.

///

///

///

**Failure to comply with this order will result in the imposition of sanctions and/or an order revoking the non-compliant attorney's pro hac vice status.**

IT IS SO ORDERED.

Dated:   **May 12, 2015**                                   /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE