UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GRASSI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL COMFORT PRODUCTS, LLC.,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00253 --- JLT<br><br>ORDER DICHARGING ORDER TO SHOW CAUSE |

　　On April 28, 2015, the Court granted the pro hac vice petitions of attorneys Shanon Carson, Russell Paul and Glen Abramson. (Doc. 14)  However, the Court determined later that the attorneys' designee, Jonathan Shub, was not a member of the Court. (Doc. 20) Thus, the Court ordered the attorneys to show cause why their pro hac vice status should not be revoked. Id.

　　In response, each attorney has filed an amended pro hac vice application (Docs. 27-29) and designated Gretchen Nelson according to Local Rule 80 (b)(2)(ii).  Thus, the order to show cause is **DISCHARGED** and Shanon Carson, Russell Paul and Glen Abramson remain authorized to appear pro hac vice in this matter.

IT IS SO ORDERED.

　　Dated:　**May 22, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE