Gretchen M. Nelson (112566)
gnelson@nflawfirm.com
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017-3613
Telephone:  (213) 622-6469
Facsimile:   (213) 622-6019

[Additional counsel on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GRASSI, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>INTERNATIONAL COMFORT PRODUCTS, LLC,<br><br>　　　　　　　Defendant. | Case No. 1:15-cv-00253<br><br>CLASS ACTION COMPLAINT<br><br>**STIPULATION FOR LEAVE TO FILE EXCESS PAGES; AND ORDER** |

WHEREAS, on May 20, 2015, Defendant International Comfort Products, LLC filed a motion to dismiss Plaintiff's First Amended Complaint and a 20 page memorandum in support thereof.

WHEREAS, on May 26, 2015, the Court issued the Order Re Filing Requirements for Cases Assigned to Judge Mendez which states that memoranda of law in support of and in opposition to all other motions are limited to fifteen (15) pages, and reply memoranda are limited to five (5) pages.

WHEREAS, the parties have conferred and Defendant does not object to this Court granting Plaintiff leave to file a memorandum in opposition to its motion to dismiss that is of the same length as Defendant's motion to dismiss, which was 20 pages in length.

THEREFORE, IT IS HEREBY STIPULATED that Plaintiff may file a memorandum, not to exceed 20 pages, in opposition to Defendant's motion to dismiss

IT IS SO STIPULATED.

DATED: July 15, 2015                    Respectfully submitted,


                                        By:  /s/ Gretchen M. Nelson
                                        Gretchen M. Nelson (112566)
                                        **NELSON & FRAENKEL LLP**
                                        707 Wilshire Boulevard, Suite 3600
                                        Los Angeles, CA 90017-3613
                                        Telephone:  (213) 622-6469
                                        Facsimile:   (213) 622-6019
                                        gnelson@nflawfirm.com

Kal7014983

Gregory F. Coleman
Lisa A. White
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, Tennessee 37902
Telephone:  (865) 247-0080
Facsimile:   (865) 533-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Shanon J. Carson
Russell Paul
Jeffrey L. Osterwise
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215-875-3000
215-875-4604
scarson@bm.net
rpaul@bm.net
gabramson@bm.net

Jonathan Shub
**KOHN, SWIFT & GRAF, P.C.**
Jonathan Shub (SBN 237708)
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968
jshub@kohnswift.com

*Attorneys for Plaintiffs*

DATED: July 14, 2015

By: */s/* Bart Lee Kessel
Bart Lee Kessel
**TUCKER ELLIS & WEST LLP**
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 91750
Telephone:  (213) 430-3400 x3388
Facsimile:   (213) 430-3409
Bart.Kessel@tuckerellis.com

Daniel Aaron Bress
**KIRKLAND & ELLIS, LLP**
655 15th Street NW
Washington, DC 20005
Telephone:  (202)879-5152
Facsimile:   (202) 654-9503
daniel.bress@kirkland.com

*Attorneys for Defendant*

# **ORDER**

Pursuant to the stipulation of the parties, the Court orders as follows:

Plaintiff is hereby granted leave to file a memorandum, not to exceed twenty pages, in response to Defendant's motion to dismiss the First Amended Complaint

**IT IS SO ORDERED.**

Dated: 7/17/2015

                         /s/ John A. Mendez_____
                         UNITED STATES DISTRICT COURT JUDGE